opinion filed May 24, 1948; released for publication June 8, 1948. Earl S. Hodges, for appellant; Duane L. Traynor and Maurice Kepner, of counsel; Mannion, Mannion & Mannion and Ekern, Meyers & Matthias, for appellee; William J. Mannion and Vernon A. Forsberg, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.

## Ollie B. Ray and James Ray, Appellees, v. Alma Sims, Appellant.

### Gen. No. 44,373.

opinion filed May 24, 1948; rehearing denied June 7, 1948; released for publication June 8, 1948. Van Natta & Van Natta and Johan Waage, for appellant; Hart & Raphael, for appellees; Max Raphael, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.